IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH BERNARD HILL, #173923A,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 18-00392-JB-B |
| **JOSEPH R. BONNER, *et al.*,** | * |
| Defendants. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 6, 2019 (Doc. 9) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be **dismissed without prejudice** for failure to prosecute and to obey the Court's orders.

**DONE** this 12th day of April, 2019.

s/JEFFREY U. BEAVERSTOCK
**UNITED STATES DISTRICT JUDGE**