IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH BERNARD HILL, #173923A, | * * * |
| Plaintiff, | * * |
| vs. | * CIVIL ACTION NO. 18-00392-JB-B * |
| JOSEPH R. BONNER, *et al.*, | * * |
| Defendants. | * |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's complaint be **dismissed without prejudice** for failure to prosecute and to obey the Court's orders.

**DONE** this 12 day of April, 2019.

s/JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE